1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  TRAVIS E. DOWNS III (148274)
   JAMES I. JACONETTE (179565)
3  CHRISTOPHER D. STEWART (270448)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101-3301
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   travisd@rgrdlaw.com
6  jamesj@rgrdlaw.com
   cstewart@rgrdlaw.com

7  THE WEISER LAW FIRM, P.C.
   ROBERT B. WEISER
8  BRETT D. STECKER
   JEFFREY J. CIARLANTO
9  22 Cassatt Avenue
   Berwyn, PA  19312
10 Telephone: 610/225-2677
   610/408-8062 (fax)
11
   Co-Lead Counsel for Plaintiffs
12

DUPLICATE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION | Master File No. 1:08-cv-03800-GAF(MANx) |
| This Document Relates To: | CV08-4472 GAF (RCx) |
| ALL ACTIONS. | CV08-4561 GAF (RCx) |
| | CV08-5382 GAF (RCx) * |

FINAL JUDGMENT

845073_2

1   In accordance with the Court's June 6, 2013 Memorandum and Order
2   Regarding Motion for Final Approval of Derivative Settlement and Award of
3   Attorneys' Fees (the "June 6, 2013 Memorandum and Order"), this consolidated
4   case (including all related cases), is dismissed with prejudice.

5   It is further **ORDERED, ADJUDGED AND DECREED** that, for the
6   reasons stated in the Court's June 6, 2013 Memorandum and Order, final judgment
7   terminating the litigation as to all claims and all parties is hereby entered, and this
8   consolidated case (including all related cases) is hereby closed.

**Dated:** Los Angeles, California        BY:

June 13, 2013

JS-6

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

845073_2