ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
JAMES I. JACONETTE (179565)
CHRISTOPHER D. STEWART (270448)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
jamesj@rgrdlaw.com
cstewart@rgrdlaw.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)

Co-Lead Counsel for Plaintiffs

DUPLICATE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MRV COMMUNICATIONS, INC. DERIVATIVE LITIGATION ) ) ) | Master File No. 1:08-cv-03800-GAF(MANx) |
| ) | CV08-4472 GAF (RCx) |
| This Document Relates To: ) ) | CV08-4561 GAF (RCx) |
| ALL ACTIONS. ) ) | CV08-5382 GAF (RCx) * |

FINAL JUDGMENT

845073_2

1   In accordance with the Court's June 6, 2013 Memorandum and Order
2   Regarding Motion for Final Approval of Derivative Settlement and Award of
3   Attorneys' Fees (the "June 6, 2013 Memorandum and Order"), this consolidated
4   case (including all related cases), is dismissed with prejudice.

5   It is further **ORDERED, ADJUDGED AND DECREED** that, for the
6   reasons stated in the Court's June 6, 2013 Memorandum and Order, final judgment
7   terminating the litigation as to all claims and all parties is hereby entered, and this
8   consolidated case (including all related cases) is hereby closed.

**Dated:** Los Angeles, California    BY:

June 13, 2013

JS-6

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

845073_2